■ In the Matter of CRAIG BOURDONNAY, Petitioner, v GLENN S. GOORD, as Commissioner of the New York State Department of Correctional Services, Respondent. [690 NYS2d 847] —Proceeding unanimously dismissed without costs (see, *Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County,

Dadd, J.) Present—Denman, P. J., Pine, Hayes, Pigott, Jr., and Balio, JJ.